IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) | DOCKET NO.:  3:16-mj-337-DSC |
| v. | | **ORDER TO DISMISS THE COMPLAINT** |
| ARTHUR FISCHER | | |

**THIS MATTER** is before the Court on the "Motion to Dismiss the Complaint" (document # 14) filed January 29, 2019.

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED.**

Signed: January 30, 2019

David S. Cayer
United States Magistrate Judge